**B1 (Official Form 1) (04/13)**

<table>
<tr><td colspan="2"><b>United States Bankruptcy Court</b><br><b>District of New Jersey</b></td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vogel, Warren S.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vogel, Michele L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **5870** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **3284** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**37 Woodpecker Way**<br>**Marlboro, NJ**<br>ZIPCODE **07746-2517** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**37 Woodpecker Way**<br>**Marlboro, NJ**<br>ZIPCODE **07746-2517** |
| County of Residence or of the Principal Place of Business:<br>**Monmouth** | County of Residence or of the Principal Place of Business:<br>**Monmouth** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Vogel, Warren S. & Vogel, Michele L.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Vogel, Warren S. & Vogel, Michele L.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Warren S. Vogel**
Signature of Debtor                    **Warren S. Vogel**

X **/s/ Michele L. Vogel**
Signature of Joint Debtor              **Michele L. Vogel**

Telephone Number (If not represented by attorney)

**July 15, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

X **/s/ Peter J. Broege, Esq.**
Signature of Attorney for Debtor(s)

**Peter J. Broege, Esq. PB 9313**
**Broege Neumann**
**Fischer & Shaver**
**25 Abe Voorhees Dr**
**Manasquan, NJ 08736**
**(732) 223-8484 Fax: (732) 223-2416**
**pbroege@bnfsbankruptcy.com**

**July 15, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of New Jersey

IN RE:                                                                          Case No. _____

_____              Chapter **7** _____
Vogel, Warren S.
                          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Warren S. Vogel** _____

Date: **July 15, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 16680-NJ-CC-025249775



16680-NJ-CC-025249775

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 25, 2015</u>, at <u>3:21</u> o'clock <u>PM EDT</u>, <u>Warren S Vogel</u> received from <u>Debtor Ed's Credit Counseling Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 25, 2015</u>          By:     <u>/s/Anna Moryc</u>

Name:   <u>Anna Moryc</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of New Jersey

IN RE:                                                                                Case No. _____

**Vogel, Michele L.** _____      Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Michele L. Vogel** _____

Date: **July 15, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 16680-NJ-CC-025249776

16680-NJ-CC-025249776

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 25, 2015</u>, at <u>3:21</u> o'clock <u>PM EDT</u>, <u>Michele L Vogel</u> received from <u>Debtor Ed's Credit Counseling Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 25, 2015</u>           By:   <u>/s/Anna Moryc</u>

                                Name:   <u>Anna Moryc</u>

                                Title:   <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Warren S. Vogel** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michele L. Vogel** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of New Jersey**

Case number _____
(If known)

❑ Check if this is an amended filing

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Official Form 22A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)  12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| **Part 1:** | **Identify the Kind of Debts You Have** |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

☑ No.  Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

☐ Yes. Go to Part 2.

| **Part 2:** | **Determine Whether Military Service Provisions Apply to You** |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

☐ No.  Go to line 3.

☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

    ☐ No. Go to line 3.

    ☐ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

☐ No.  Complete Form 22A-1. Do not submit this supplement.

☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

    ☐ No. Complete Form 22A-1. Do not submit this supplement.

    ☐ Yes. Check any one of the following categories that applies:

        ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty**.**

        ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

        ☐ **I am performing a homeland defense activity for at least 90 days.**

        ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 22A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1  **Warren S. Vogel**
First Name          Middle Name          Last Name

Debtor 2  **Michele L. Vogel**
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **District of New Jersey**

Case number _____
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income          12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

---

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |
| 5. **Net income from operating a business, profession, or farm** | | |
| Gross receipts (before all deductions)     $_____ | | |
| Ordinary and necessary operating expenses  – $_____ | | |
| Net monthly income from a business, profession, or farm  $_____  **Copy here ➜** | $_____ | $_____ |
| 6. **Net income from rental and other real property** | | |
| Gross receipts (before all deductions)     $_____ | | |
| Ordinary and necessary operating expenses  – $_____ | | |
| Net monthly income from rental or other real property  $_____  **Copy here ➜** | $_____ | $_____ |
| 7. **Interest, dividends, and royalties** | $_____ | $_____ |

Debtor 1 _____**Warren S. Vogel**_____          Case number *(if known)*_____
First Name    Middle Name    Last Name

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

**8. Unemployment compensation**                                             $_____      $_____

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: ........................... ↴

For you ..................................................... $_____

For your spouse............................................. $_____

**9. Pension or retirement income.** Do not include any amount received that was a       $_____      $_____
benefit under the Social Security Act.

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____          $_____      $_____

10b. _____          $_____      $_____

10c. Total amounts from separate pages, if any.       +$_____     +$_____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.                 $_____  +  $_____  =  $_____
                                                                                                        **Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

---

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11................................................. *Copy line 11 here* → 12a.   $_____

Multiply by 12 (the number of months in a year).                                                      **x 12**

12b. The result is your annual income for this part of the form.                                      12b.   $_____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                                    [          ]

Fill in the number of people in your household.                        [          ]

Fill in the median family income for your state and size of household. ............................................................13.   $_____

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
Go to Part 3 and fill out Form 22A–2.

---

**Part 3:**    **Sign Below**

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**✗** _/s/ Warren S. Vogel_____          **✗** _/s/ Michele L. Vogel_____
Signature of Debtor 1                              Signature of Debtor 2

Date **July 15, 2015**_____                  Date **July 15, 2015**_____
MM / DD  / YYYY                                    MM /  DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Warren S. Vogel**
First Name        Middle Name        Last Name

Debtor 2    **Michele L. Vogel**
(Spouse, if filing) First Name    Middle Name        Last Name

United States Bankruptcy Court for the: **District of New Jersey**

Case number
(if known)

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

## Official Form 22A–2

# Chapter 7 Means Test Calculation      12/14

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Part 1: | Determine Your Adjusted Income |
|---|---|

1. Copy your total current monthly income. ................................................ Copy line 11 from Official Form 22A-1 here ➜ ............1.    $ **9,750.50**

2. Did you fill out Column B in Part 1 of Form 22A–1 ?

   ☐ No. Fill in $0 on line 3d.

   ☑ Yes. Is your spouse filing with you?

     ☐ No. Go to line 3.

     ☑ Yes. Fill in $0 on line 3d.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 22A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 on line 3d.

   ☐ Yes. Fill in the information below:

| State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | Fill in the amount you are subtracting from your spouse's income |
|---|---|
| 3a. _____ | $_____ |
| 3b. _____ | $_____ |
| 3c. _____ | + $_____ |
| 3d. **Total.** Add lines 3a, 3b, and 3c. .............................. | $_____ **0.00** |

Copy total here ➜ ........3d.    − $_____ **0.00**

4. **Adjust your current monthly income.** Subtract line 3d from line 1.      $ **9,750.50**

Debtor 1    **Warren S. Vogel**                  Case number *(if known)*_____

       First Name        Middle Name         Last Name

---

| **Part 2:** | **Calculate Your Deductions from Your Income** |
|---|---|

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 22A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 22A–1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   <div style="border:1px solid">4</div>

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.      $ **1,513.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

   **People who are under 65 years of age**

   7a. Out-of-pocket health care allowance per person    $ **60.00**

   7b. Number of people who are under 65    X **4**

   7c. **Subtotal.** Multiply line 7a by line 7b.    $ **240.00**    Copy line 7c here ➡ ....... $ **240.00**

   **People who are 65 years of age or older**

   7d. Out-of-pocket health care allowance per person    $ **144.00**

   7e. Number of people who are 65 or older    X **0**

   7f. **Subtotal.** Multiply line 7d by line 7e.    $ **0.00**    Copy line 7f here ➡ ...... + $ **0.00**

   7g. **Total**. Add lines 7c and 7f................................................................    $ **240.00**    Copy total here ➡ ....................7g. $ **240.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Warren S. Vogel**
    First Name      Middle Name      Last Name           Case number (*if known*)_____

---

**Local Standards**      You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.   $_____ **770.00**

9. **Housing and utilities – Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    9a.   $____ **2,620.00**

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **21st Mortgage Corporation** _____ | $ **903.68** |
| **Chase Mortgage Home Finance** _____ | $ **2,405.32** |
| _____ + | $ _____ |

   9b. Total average monthly payment    $ **3,309.00**    Copy line 9b here ➔  – $ **3,309.00**    Repeat this amount on line 33a.

   9c. Net mortgage or rent expense.
   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0.    $ **0.00**    Copy line 9c here ➔    $ **0.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**   $ **0.00**

    Explain why:

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

    ☐ 0. Go to line 14.
    ☐ 1. Go to line 12.
    ☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.   $ **684.00**

---

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Warren S. Vogel**                      Case number *(if known)*_____
          First Name         Middle Name         Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **Automobile Loan2014 Kia Forte LX** |

13a. Ownership or leasing costs using IRS Local Standard       13a.    $_____ **517.00**

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Santander Bank** | $ **285.08** |

Copy 13b here ➡   — $_____ **285.08**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0.    13c.   $ **231.92**    Copy net Vehicle 1 expense here ...... ➡   $ **231.92**

| Vehicle 2 | Describe Vehicle 2: | **Automobile Loan2007 Lexus RX350 - STAT** |

13d. Ownership or leasing costs using IRS Local Standard       13d.    $_____ **517.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **Lexus Financial Services** | $ **63.00** |

Copy 13e here ➡   — $_____ **63.00**    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this amount is less than $0, enter $0.    13f.   $ **454.00**    Copy net Vehicle 2 expense here ...... ➡   $ **454.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.      $ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.      $ **0.00**

Debtor 1   **Warren S. Vogel**
           First Name    Middle Name    Last Name                          Case number *(if known)*_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.   $__238.81__

Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.   $__0.00__

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.   $__0.00__

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.   $__0.00__

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:
   ■ as a condition for your job, or
   ■ for your physically or mentally challenged dependent child if no public education is available for similar services.   $__0.00__

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.   $__0.00__

Do not include payments for any elementary or secondary school education.

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.   $__0.00__

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.   + $__0.00__

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.   $4,131.73

Debtor 1    **Warren S. Vogel**                 Case number *(if known)*_____
          First Name        Middle Name        Last Name

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note*: Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $_____**0.00** | |
| Disability insurance | $_____**0.00** | |
| Health savings account | + $_____**0.00** | |
| Total | $_____**0.00** | Copy total here ➔ ............................... $_____**0.00** |

Do you actually spend this total amount?

☐ No. How much do you actually spend?    $_____**0.00**
☑ Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.      $_____**0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.      $_____**0.00**

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.      $_____**0.00**

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.      $_____**0.00**

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.      $_____**0.00**

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).      $_____**0.00**

32. **Add all of the additional expense deductions.**      $_____**0.00**
Add lines 25 through 31.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Warren S. Vogel**
_____
First Name       Middle Name       Last Name

Case number *(if known)*_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Deductions for Debt Payment

**33. For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

**Mortgages on your home:**

|  |  | Average monthly payment |
|---|---|---|
| 33a. Copy line 9b here .......................................................➔ | $ | 3,309.00 |

**Loans on your first two vehicles:**

| 33b. Copy line 13b here. .................................................➔ | $ | 285.08 |
|---|---|---|
| 33c. Copy line 13e here. .................................................➔ | $ | 63.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? |  |  |
|---|---|---|---|---|
| 33d. **21st Mortgage Corporation** | **Residence** | ☐ No<br>☑ Yes | $ | 903.68 |
| 33e. Chase Mortgage Home Finance | **Residence** | ☐ No<br>☑ Yes | $ | 2,405.32 |
| 33f. **See Continuation Sheet** | _____ | ☐ No<br>☐ Yes | + $ | 348.08 |

| 33g. Total average monthly payment. Add lines 33a through 33f.............................. | $ 3,657.08 | Copy total here ➔ | $ 3,657.08 |
|---|---|---|---|

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☑ No. Go to line 35.
☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount |  | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | + $_____ |
|  |  | Total | $ 0.00 | Copy total here ➔ $ 0.00 |

**35. Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No. Go to line 36.
☑ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

| Total amount of all past-due priority claims................................. | $ 154,461.00 | ÷ 60 = | $ 2,574.35 |
|---|---|---|---|

Debtor 1    __Warren S. Vogel_____    Case number *(if known)*____ _____
　　　　　　First Name　　Middle Name　　　Last Name

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
　　For more information, go online using the link for *Bankruptcy Basics* specified in the separate
　　instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

☑ No.  Go to line 37.
☐ Yes. Fill in the following information.

　　　　Projected monthly plan payment if you were filing under Chapter 13　　　　$_____

　　　　Current multiplier for your district as stated on the list issued by the
　　　　Administrative Office of the United States Courts (for districts in Alabama and
　　　　North Carolina) or by the Executive Office for United States Trustees (for all
　　　　other districts).　　　　　　　　　　　　　　　　　　　　　　　　x _____

　　　　To find a list of district multipliers that includes your district, go online using the
　　　　link specified in the separate instructions for this form. This list may also be
　　　　available at the bankruptcy clerk's office.

　　　　Average monthly administrative expense if you were filing under Chapter 13　　$_____ **Copy total here ➔**　　$_____

37. **Add all of the deductions for debt payment.**　　　　　　　　　　　　　　　$ __6,231.43__
　　Add lines 33g through 36.

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

　　Copy line 24, *All of the expenses allowed under IRS* ....................... $ ____4,131.73__
　　*expense allowances*

　　Copy line 32, *All of the additional expense deductions* ......... $ ____0.00__

　　Copy line 37, *All of the deductions for debt payment* ............ + $ ____6,231.43__

　　Total deductions　　　　　　　　　　　$ ____10,363.16__ **Copy total here ➔**　　$ __10,363.16__

**Part 3:**　　**Determine Whether There Is a Presumption of Abuse**

39. **Calculate monthly disposable income for 60 months**

　　39a. Copy line 4, *adjusted current monthly income* ..... $ ___9,750.50__

　　39b. Copy line 38, *Total deductions* ......... − $ ___10,363.16__

　　39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).　$ ____0.00__ **Copy line 39c here ➔**　$ ___0.00__
　　　　Subtract line 39b from line 39a.

　　　　For the next 60 months (5 years) ............................................... x 60

　　39d. **Total**. Multiply line 39c by 60. ............................................. 39d.　$ ___0.00__ **Copy line 39d here ➔** $ ___0.00__

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

　　☑ **The line 39d is less than $7,475\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go
　　to Part 5.

　　☐ **The line 39d is more than $12,475\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You
　　may fill out Part 4 if you claim special circumstances. Then go to Part 5.

　　☐ **The line 39d is at least $7,475\*, but not more than $12,475\*.** Go to line 41.

　　　\* Subject to adjustment on 4/01/16, and every 3 years after that for cases filed on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Warren S. Vogel**
First Name    Middle Name    Last Name

Case number (if known)_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

41.   41a.   **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 6), you may refer to line 5 on that form.

41a.   $_____

x   .25

41b.   **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I)
Multiply line 41a by 0.25.

$_____   Copy here ➡   $_____

42.   **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**

Check the box that applies:

☐   **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐   **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

---

**Part 4:    Give Details About Special Circumstances**

43.   **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☑   No.   Go to Part 5.

☐   Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
| --- | --- |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

---

**Part 5:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ **/s/ Warren S. Vogel**_____
Signature of Debtor 1

✖ **/s/ Michele L. Vogel**_____
Signature of Debtor 2

Date **July 15, 2015**_____
MM / DD  / YYYY

Date **July 15, 2015**_____
MM / DD  / YYYY

IN RE **Vogel, Warren S. & Vogel, Michele L.**                    Case No. _____
_____
Debtor(s)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
### Continuation Sheet - Future payments on secured claims

| Name of Creditor | Property Securing the Debt | 60-month Average Pmt | Does payment include taxes or insurance? |
|---|---|---|---|
| **Lexus Financial Services** | **Automobile (2)** | **63.00** | **No** |
| **Santander Bank** | **Automobile (1)** | **285.08** | **No** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Summary (Official Form 6 - Summary) (12/14)**

## United States Bankruptcy Court
### District of New Jersey

IN RE:                                                                    Case No. _____

**Vogel, Warren S. & Vogel, Michele L.** _____     Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 397,000.00 | | |
| B - Personal Property | Yes | 3 | $ 28,521.57 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 463,186.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 154,461.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 8,961,923.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 1,499.19 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 9,782.66 |
| TOTAL | | 39 | $ 425,521.57 | $ 9,579,570.84 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                    Case No. _____

Vogel, Warren S. & Vogel, Michele L.                                     Chapter **7** _____
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                          Case No. _____
                                Debtor(s)                                                        (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence**<br>**37 Woodpecker Way, Marlboro, New Jersey** | | J | **397,000.00** | **442,301.36** |
| | | **TOTAL** | **397,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

**IN RE** <u>Vogel, Warren S. & Vogel, Michele L.</u>                                                                    Case No. _____

<div align="center">Debtor(s)                                                                                                 (If known)</div>

<h1 align="center">SCHEDULE B - PERSONAL PROPERTY</h1>

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at Bank of America, Account No. Ending 0489** | H | 10.00 |
| | | **Checking Account at Bank of America, Account No. Ending 6161** | H | 0.00 |
| | | **Checking Account at Bank of America, Account No. Ending 6190** | W | 125.55 |
| | | **Checking Account at Bank of America, Account No. Ending 8974 (Joint with Daughter - Total In Account Is Approximately $218.00)** | W | 109.00 |
| | | **Checking Account at Bank of America, Account No. Ending 9740** | J | 177.02 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Miscellaneous Used Household Goods and Furniture Including 3 Televisions and Computer** | J | 5,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Used Clothing** | J | 2,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy with Protective Life Insurance Company, Policy No. Ending 3930** | H | 1,600.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% in Core Sale Group, Inc.** | H | No Cash Value |
| | | **50% Ownership Interest in Metro Design USA, Inc. (Disputed by Current Officer)** | H | Unknown |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                        Case No. _____
          Debtor(s)                                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible Tortious Interference of Business Claim Against Robert Jacobs and Robo Associates (may be a claim of Metro Design USA, Inc. and not Warren Vogel individually)** | H | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Lexus RX350** | | **4,500.00** |
| | | **2014 Kia Forte LX** | | **15,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE **Vogel, Warren S. & Vogel, Michele L.** _____    Case No. _____
_____Debtor(s)_____    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **28,521.57** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                    Case No. _____
_____                                                          (If known)
                    Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Account at Bank of America, Account No. Ending 0489** | **11 USC § 522(d)(5)** | 10.00 | 10.00 |
| **Checking Account at Bank of America, Account No. Ending 6190** | **11 USC § 522(d)(5)** | 125.55 | 125.55 |
| **Checking Account at Bank of America, Account No. Ending 8974 (Joint with Daughter - Total In Account Is Approximately $218.00)** | **11 USC § 522(d)(5)** | 109.00 | 109.00 |
| **Checking Account at Bank of America, Account No. Ending 9740** | **11 USC § 522(d)(5)** | 177.02 | 177.02 |
| **Miscellaneous Used Household Goods and Furniture Including 3 Televisions and Computer** | **11 USC § 522(d)(3)** | 5,000.00 | 5,000.00 |
| **Used Clothing** | **11 USC § 522(d)(3)** | 2,000.00 | 2,000.00 |
| **Life Insurance Policy with Protective Life Insurance Company, Policy No. Ending 3930** | **11 USC § 522(d)(8)** | 1,600.00 | 1,600.00 |
| **2007 Lexus RX350** | **11 USC § 522(d)(2)** | 720.30 | 4,500.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Vogel, Warren S. & Vogel, Michele L.                   Case No. _____
                      Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8300**  **21st Mortgage Corporation Customer Service 620 Market St Ste 100 Knoxville, TN 37902-2207** | | J | **Mortgage Residence**  VALUE $ **397,000.00** | | | | **114,553.97** | **45,301.36** |
| ACCOUNT NO. **8403**  **Chase Mortgage Home Finance Customer Service PO Box 24696 Columbus, OH 43224-0696** | | J | **Mortgage Residence**  VALUE $ **397,000.00** | | | | **327,747.39** | |
| ACCOUNT NO. **2062**  **Lexus Financial Services Initial Case Notification PO Box 8026 Cedar Rapids, IA 52408-8026** | | H | **Automobile Loan 2007 Lexus RX350**  VALUE $ **4,500.00** | | | | **3,779.70** | |
| ACCOUNT NO.  **Lexus Financial Services Asset Protection Dept PO Box 2958 Torrance, CA 90509-2958** | | | **Assignee or other notification for: Lexus Financial Services**  VALUE $ | | | | | |

____**1**____ continuation sheets attached

Subtotal
(Total of this page)  $ **446,081.06**  $ **45,301.36**

Total
(Use only on last page)  $ _____  $ _____

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                    Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3659** <br><br>**Santander Bank**<br>**Attn: Bankruptcy Dept**<br>**601 Penn St**<br>**Reading, PA  19601-3544** | | H | **Automobile Loan**<br>**2014 Kia Forte LX**<br><br><br>VALUE $ **15,000.00** | | | | **17,104.98** | **2,104.98** |
| ACCOUNT NO. <br><br>**Santander Bank**<br>**Correspondence**<br>**PO Box 12646**<br>**Reading, PA  19612-2646** | | | **Assignee or other notification for:**<br>**Santander Bank**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **17,104.98** | $ **2,104.98** |
| Total<br>(Use only on last page) | $ **463,186.04** | $ **47,406.34** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                          Case No. _____
Debtor(s)                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed Schedules. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                    Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Special Procedures**<br>**PO Box 744**<br>**Springfield, NJ 07081** | | J | **2011 Income Taxes** | | | | **17,000.00** | **17,000.00** | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO.<br>**NJ Dept Of Labor & Workforce Development**<br>**Division Of Employer Accounts**<br>**PO Box 389 - 9th Floor**<br>**Trenton, NJ 08625** | X | H | **Listed in the Event of a Personal Guarantee for Amount Due from Metro Design USA, LLC Per Summary of Audit Report Schedule (FS-325 Report) for 2011, 2012, 2013, 2014 and 1st Quarter of 2015** | | | | **87,803.62** | **87,803.62** | |
| ACCOUNT NO.<br>**NJ Dept Of Labor - Div Of Employer Accts**<br>**Attn: Betty Lee, Auditor**<br>**PO Box 2672**<br>**New Brunswick, NJ 08903-2672** | | | **Assignee or other notification for:**<br>**NJ Dept Of Labor & Workforce Development** | | | | | | |
| ACCOUNT NO.<br>**NJ Dept Of Labor & Workforce Development**<br>**Division Of Unemployment Insurance**<br>**PO Box 389**<br>**Trenton, NJ 08625** | X | H | **Listed in the Event of Personal Liability for Payroll Taxes Which May Be Due From Metro Design USA, LLC** | | | | **unknown** | | |
| ACCOUNT NO.<br>**NJ Dept Of Labor & Workforce Development**<br>**Wage & Hour Comp Attn: J Bongiovanni**<br>**PO Box 389**<br>**Trenton, NJ 08625-0389** | X | H | **Complaints by Employees of Metro Design USA, LLC - Listed in the Event of a Personal Guarantee** | | | | **unknown** | | |

Sheet no. ___1___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **104,803.62** | $ **104,803.62** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $                    $                    $

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                    Case No. _____
_____
Debtor(s)                                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NJ Dept Of Labor & Workforce Development**<br>**Wage & Hour Comp Attn: J Bongiovanni**<br>**PO Box 389**<br>**Trenton, NJ  08625-0389** | X | H | **Business Debt of Bloog, LLC - Listed in the Event of a Personal Guarantee** | | | | **47,000.00** | **47,000.00** | |
| ACCOUNT NO.<br>**NJ Division Of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ  08695-0245** | | J | **Income Taxes - Judgment Entered 9/18/14** | | | | **2,657.38** | **2,657.38** | |
| ACCOUNT NO.<br>**Pioneer Credit Recovery For NJ Div Tax**<br>**Attn: Jonica Petion**<br>**PO Box 1018**<br>**Moorestown, NJ  08057-0018** | | | **Assignee or other notification for:**<br>**NJ Division Of Taxation** | | | | | | |
| ACCOUNT NO.<br>**NJ Division Of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ  08695-0245** | X | H | **Listed in the Event of Personal Liability for Payroll Taxes Which May Be Due From Metro Design USA, LLC** | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)     $ **49,657.38**    $ **49,657.38**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $ **154,461.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $ **154,461.00**    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>Vogel, Warren S. & Vogel, Michele L.</u>                              Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Agility Professional Services Max Kahn 2 Executive Dr Ste 630 Fort Lee, NJ  07024-3302** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | 25,000.00 |
| ACCOUNT NO.  **Alan Hess 6646 Cobia Cir Boynton Beach, FL  33437-3643** | X | H | **Business Debt of Metro Design USA, LLC  Listed in the Event of a Personal Guarantee** | | | | 100,000.00 |
| ACCOUNT NO.  **Alan Vogel 21 Day Star Rd Manalapan, NJ  07726-6035** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | 495,000.00 |
| ACCOUNT NO. **3696**  **Amazon.com/Synchrony Bank Bankruptcy Dept PO Box 965060 Orlando, FL  32896-5060** | | W | **Credit Card** | | | | 315.61 |

**16** continuation sheets attached

Subtotal (Total of this page)   $  **620,315.61**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                    Case No. _____
_____                                  _____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1005**<br>**American Express**<br>**Customer Service**<br>**PO Box 981535**<br>**El Paso, TX  79998-1535** | | H | **Credit Card** | | | | **20,155.99** |
| ACCOUNT NO.<br>**Veldos**<br>**For American Express #327099**<br>**500 N Franklin Tpke Ste 200**<br>**Ramsey, NJ  07446-1178** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO. **2004**<br>**American Express**<br>**Customer Service**<br>**PO Box 981535**<br>**El Paso, TX  79998-1535** | | H | **Credit Card - Judgment Entered - Docket No. MON-L-001523-14** | | | | **44,013.37** |
| ACCOUNT NO.<br>**Zwicker & Associates, P.C.**<br>**Attorneys For American Express**<br>**1101 Laurel Oak Rd Ste 130**<br>**Voorhees, NJ  08043-4322** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO.<br>**AmRock Capital LLC**<br>**1111 Brickell Ave Ste 1100**<br>**Miami, FL  33131-3122** | X | H | **Personal Guarantees of Business Debts of Metro Design USA, LLC and Bloog, LLC** | | | | **991,476.00** |
| ACCOUNT NO. **8146**<br>**Bank Of America**<br>**Customer Service**<br>**PO Box 982235**<br>**El Paso, TX  79998-2235** | | H | **Credit Card** | | | | **4,656.03** |
| ACCOUNT NO. **1871**<br>**Bank Of America**<br>**Customer Service**<br>**PO Box 982235**<br>**El Paso, TX  79998-2235** | | H | **Credit Card**<br>**Formerly FIA Card Services - Account No. Ending 9877** | | | | **40,229.68** |

Sheet no. ___**1**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **1,100,531.07**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Vogel, Warren S. & Vogel, Michele L.                          Case No. _____
                            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Law Offices Of Frederic I. Weinberg**<br>**For Bank Of America #2197624**<br>**1200 Laurel Oak Rd Ste 104**<br>**Voorhees, NJ  08043-4317** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Barry Serin**<br>**6 Holecomb Dr**<br>**Hillsborough, NJ  08844-2280** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | 60,000.00 |
| ACCOUNT NO.<br>**Bluewater Coastal Companies, LLC**<br>**c/o Kevin Conway**<br>**300 Wilson Ave**<br>**Norwalk, CT  06854-4663** | X | H | **Business Debt of Metro Design USA, LLC - Loan Dated March 21, 2014 - Listed in the Event of a Personal Guarantee** | | | | 37,834.00 |
| ACCOUNT NO.<br>**Staci H. Bachman Esq - Cohn Birnbaum**<br>**Atty For Bluewater Coastal Companies LLC**<br>**100 Pearl St**<br>**Hartford, CT  06103-4506** | | | Assignee or other notification for:<br>**Bluewater Coastal Companies, LLC** | | | | |
| ACCOUNT NO.<br>**Bluewater Coastal Companies, LLC**<br>**c/o Kevin Conway**<br>**300 Wilson Ave**<br>**Norwalk, CT  06854-4663** | X | H | **Business Debt of Metro Design USA, LLC - Loan Dated May 16, 2014 - Listed in the Event of a Personal Guarantee** | | | | 55,230.00 |
| ACCOUNT NO.<br>**Staci H. Bachman Esq - Cohn Birnbaum**<br>**Atty For Bluewater Coastal Companies LLC**<br>**100 Pearl St**<br>**Hartford, CT  06103-4506** | | | Assignee or other notification for:<br>**Bluewater Coastal Companies, LLC** | | | | |
| ACCOUNT NO. **8228**<br>**Capital One - Bankruptcy Department**<br>**c/o American Info Source**<br>**PO Box 54529**<br>**Oklahoma City, OK  73154-1529** | | W | **Credit Card** | | | | 6,698.37 |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 159,762.37

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4920** <br><br>**Capital One - Bankruptcy Department c/o American Info Source PO Box 54529 Oklahoma City, OK 73154-1529** | | H | **Credit Card** | | | | 6,983.12 |
| ACCOUNT NO. **6145** <br><br>**Capital One - Bankruptcy Department c/o American Info Source PO Box 54529 Oklahoma City, OK 73154-1529** | | H | **Business Credit Card** | | | | 1,450.89 |
| ACCOUNT NO. **8901** <br><br>**Capital One - Bankruptcy Department c/o American Info Source PO Box 54529 Oklahoma City, OK 73154-1529** | | H | **Credit Card** | | | | 2,318.23 |
| ACCOUNT NO. <br><br>**CapRock Services 4890 Alpha Rd Ste 200 Dallas, TX 75244-4639** | X | H | **Business Debt of Bloog, LLC.  Listed in the Event of a Personal Guarantee** | | | | 46,422.56 |
| ACCOUNT NO. **7084** <br><br>**Central Jersey Emergency Medicine Assoc PO Box 2680 New Brunswick, NJ 08903-2680** | | W | **Medical Services for Daughter** | | | | 201.84 |
| ACCOUNT NO. **8001** <br><br>**CentraState Medical Center 901 W Main St Freehold, NJ 07728-2537** | | H | **Medical Services for Daughter** | | | | 697.00 |
| ACCOUNT NO. <br><br>**Keystone Financial Services For CentraState Med Ctr #CS85137 PO Box 730 Allenwood, NJ 08720-0730** | | | **Assignee or other notification for: CentraState Medical Center** | | | | |

Sheet no. ___**3**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **58,073.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Vogel, Warren S. & Vogel, Michele L.          Case No. _____

<div align="center">Debtor(s)                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1436**<br><br>**Chase<br>Customer Service<br>PO Box 15298<br>Wilmington, DE 19850-5298** | | W | **Credit Card** | | | | **3,914.11** |
| ACCOUNT NO. **1294**<br><br>**Chase Auto Finance<br>Bankruptcy Dept<br>PO Box 29505<br>Phoenix, AZ 85038-9505** | | W | **Deficiency Claim for 2013 Mazda CX-9** | | | | **1,798.85** |
| ACCOUNT NO.<br><br>**Chase Auto Finance<br>Redemption Coordinator Dept<br>PO Box 31167<br>Tampa, FL 33631-3167** | | | **Assignee or other notification for:<br>Chase Auto Finance** | | | | |
| ACCOUNT NO.<br><br>**United Recovery Systems<br>For JPMorgan Chase #35919936<br>5800 N Course Dr<br>Houston, TX 77072-1613** | | | **Assignee or other notification for:<br>Chase Auto Finance** | | | | |
| ACCOUNT NO. **1032**<br><br>**Citi Cards<br>Customer Service<br>PO Box 6500<br>Sioux Falls, SD 57117-6500** | | H | **Credit Card** | | | | **5,654.17** |
| ACCOUNT NO.<br><br>**Cohen & Whalen, LLC<br>Attn: Roger Cohen<br>1075 Rte 34 Ste D<br>Matawan, NJ 07747-2169** | X | H | **Business Debt of Metro Design USA, LLC - Listed in the Event of a Personal Guarantee** | | | | **1,001.25** |
| ACCOUNT NO. **0640**<br><br>**Credit One Bank<br>Customer Service<br>PO Box 98873<br>Las Vegas, NV 89193-8873** | | W | **Credit Card** | | | | **545.54** |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,913.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Vogel, Warren S. & Vogel, Michele L.</u>                                    Case No. _____
                           Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LVNV Funding, LLC**<br>**Assignee Of Credit One Bank**<br>**55 Beattie Pl Ste 110**<br>**Greenville, SC  29601-5115** | | | **Assignee or other notification for:**<br>**Credit One Bank** | | | | |
| ACCOUNT NO.<br>**Simm Associates, Inc.**<br>**For LVNV Funding/Credit One #8405674**<br>**800 Pencader Dr**<br>**Newark, DE  19702-3354** | | | **Assignee or other notification for:**<br>**Credit One Bank** | | | | |
| ACCOUNT NO.<br>**J.C. Christensen & Associates**<br>**For Credit One/LVNV Funding #18696179**<br>**PO Box 519**<br>**Sauk Rapids, MN  56379-0519** | | | **Assignee or other notification for:**<br>**Credit One Bank** | | | | |
| ACCOUNT NO. **9140**<br>**Dell Financial Services**<br>**Customer Service**<br>**PO Box 81577**<br>**Austin, TX  78708-1577** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **33,909.45** |
| ACCOUNT NO.<br>**ARS National Services Inc.**<br>**For Dell #31095831**<br>**PO Box 463023**<br>**Escondido, CA  92046** | | | **Assignee or other notification for:**<br>**Dell Financial Services** | | | | |
| ACCOUNT NO.<br>**Edward Eberhard**<br>**2102 Scarlett Dr**<br>**Hackettstown, NJ  07840-4527** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **110,000.00** |
| ACCOUNT NO.<br>**Equity Trust Co Cust FBO Patrick Mullin/**<br>**Z145599 Traditional IRA**<br>**246 Brookside Rd**<br>**Darien, CT  06820-2600** | X | H | **Business Debt of Metro Design USA, LLC.  Listed in the Event of a Personal Guarantee** | | | | **100,000.00** |

Sheet no. _____**5**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **243,909.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                    Case No. _____
       Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Eric Wong<br>20 Louise Ln<br>Monroe Township, NJ 08831-4457 | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC | | | | 125,000.00 |
| ACCOUNT NO.<br>Express Working Capital, LLC<br>4890 Alpha Rd Ste 200<br>Dallas, TX 75244-4639 | X | H | Personal Guarantee of Business Debt of Bloog, LLC - Litigation Pending - Cause No. DC-15-04047 | | | | 46,013.00 |
| ACCOUNT NO.<br>Wesley C. McDowell, Esq.<br>Attorney For Express Working Capital<br>4890 Alpha Rd Ste 200<br>Dallas, TX 75244-4639 | | | Assignee or other notification for:<br>Express Working Capital, LLC | | | | |
| ACCOUNT NO.<br>Fast Business Funding<br>Everest Business Funding<br>2001 NW 107th Ave<br>Miami, FL 33172-2507 | X | H | Personal Guarantee Business Debt of Metro Design USA, LLC | | | | 15,717.00 |
| ACCOUNT NO.<br>StreetWise Asset Recovery Group Inc<br>For Fast Business Funding<br>100 Village Ct Ste 201<br>Hazlet, NJ 07730-1548 | | | Assignee or other notification for:<br>Fast Business Funding | | | | |
| ACCOUNT NO.<br>Friendship Realty Co.<br>Attn: Barbara Kennedy<br>PO Box 611<br>Howell, NJ 07731-0611 | X | H | Personal Guarantee of Commercial Lease for Core Sale Group, Inc. | | | | unknown |
| ACCOUNT NO.<br>Gene Festa<br>5 Center Ave<br>Matawan, NJ 07747-3312 | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC | | | | 110,000.00 |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **296,730.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                        Case No. _____
                    Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Grace News Inc**<br>**Attn: Dana Chou**<br>**5F-1 No 29 Lane 66 Juikuang Rd Neihu**<br>**Taipei Taiwan R.O.C.,** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **606,000.00** |
| ACCOUNT NO.<br>**Graham Curtain, Esq.**<br>**4 Headquarters Plaza**<br>**PO Box 1991**<br>**Morristown, NJ  07962-1991** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **35,000.00** |
| ACCOUNT NO.<br>**Harrah's Resort**<br>**777 Harrahs Blvd**<br>**Atlantic City, NJ  08401-1911** | | H | **Judgment Entered - Docket No. MON-DC-440-14** | | | | **2,746.44** |
| ACCOUNT NO.<br>**Craner Satkin Scheer & Schwartz**<br>**Attys For Harrah's AC Op Co #11130060783**<br>**320 Park Ave**<br>**Scotch Plains, NJ  07076-1100** | | | **Assignee or other notification for:**<br>**Harrah's Resort** | | | | |
| ACCOUNT NO. **5715**<br>**Home Depot Credit Services**<br>**Customer Service**<br>**PO Box 790328**<br>**Saint Louis, MO  63179-0328** | | H | **Credit Card** | | | | **12,419.63** |
| ACCOUNT NO. **3622**<br>**Honda Financial Services**<br>**Bankruptcy Department**<br>**PO Box 165007**<br>**Irving, TX  75016-5007** | | W | **Remaining Payments Due Under Automobile Lease** | | | | **10,953.54** |
| ACCOUNT NO.<br>**Indus Consulting Service**<br>**Max Kahn**<br>**732 Pembroke Way**<br>**Ridgefield, NJ  07657-1308** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **25,000.00** |

Sheet no.    **7** of    **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **692,119.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                    Case No. _____
       Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Interpro Manufacturing Ltd**<br>**W5/F. New Bright Centre - 11 Shueng**<br>**Yuet Rd Kowloon Bay, Sun Ming Dai Ha**<br>**Hong Kong,** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **239,370.16** |
| ACCOUNT NO.<br>**Barry Gainey Esq - Gainey McKenna etal**<br>**Atty For Interpro Manufacturing Ltd**<br>**95 N State Rt 17 Ste 310**<br>**Paramus, NJ 07652-2626** | | | **Assignee or other notification for:**<br>**Interpro Manufacturing Ltd** | | | | |
| ACCOUNT NO.<br>**Irving Sommer**<br>**3404 Linneman St**<br>**Glenview, IL 60025-3922** | X | H | **Business Debt of Metro Design USA - Litigation Pending - Civil Action No. 3:12-cv-06099-FLS-LHG** | | | | **unknown** |
| ACCOUNT NO.<br>**Norman B. Newman, Chapter 7 Trustee**<br>**For Irv & Phyllis Sommer**<br>**191 N Wacker Dr Ste 1800**<br>**Chicago, IL 60606-1631** | | | **Assignee or other notification for:**<br>**Irving Sommer** | | | | |
| ACCOUNT NO.<br>**Jerrold Kamensky Esq-Kamensky Cohen etal**<br>**Attys For Norman B. Newman Trustee et al**<br>**194 S Broad St**<br>**Trenton, NJ 08608-2405** | | | **Assignee or other notification for:**<br>**Irving Sommer** | | | | |
| ACCOUNT NO.<br>**Jason DelGuidice**<br>**8 Bay Breeze Dr W**<br>**Toms River, NJ 08753-2453** | | H | **Listed In the Event of Claims Arising from Distributek Acquisitions, LLC** | | | | **unknown** |
| ACCOUNT NO.<br>**Jerry Hanzel**<br>**412 Red Hawk Dr**<br>**Jupiter, FL 33477-4204** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **275,000.00** |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **514,370.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                              Case No. _____
_____
         Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Joanne Clark**<br>**12 1st St**<br>**Keyport, NJ 07735-1586** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **200,000.00** |
| ACCOUNT NO.<br>**John Miele**<br>**2 Aspen Ln**<br>**Tinton Falls, NJ 07724-4756** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC - LIEN ON HOUSE? NEED PROOF** | | | | **365,000.00** |
| ACCOUNT NO.<br>**Knight Capital Funding, LLC**<br>**Amanda Barton, Esq. In House Counsel**<br>**9 E Loockerman St Ste 3A-543**<br>**Dover, DE 19901-8306** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC - Judgment Entered - Case No. 14-31926-CA 01** | | | | **87,281.55** |
| ACCOUNT NO. **8966**<br>**Kohl's**<br>**Attn: Credit Administrator**<br>**PO Box 3043**<br>**Milwaukee, WI 53201-3043** | | W | **Credit Card** | | | | **1,828.40** |
| ACCOUNT NO.<br>**Laufer Group International**<br>**20 Vesey St RM 601**<br>**New York, NY 10007-4233** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **57,000.00** |
| ACCOUNT NO.<br>**Altus Global Trade Solutions**<br>**For Laufer International**<br>**2400 Veterans Blvd Ste 300**<br>**Kenner, LA 70062** | | | **Assignee or other notification for:**<br>**Laufer Group International** | | | | |
| ACCOUNT NO.<br>**Magyar Bank**<br>**400 Somerset St**<br>**New Brunswick, NJ 08901-3265** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | **160,000.00** |

Sheet no. ____**9**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **871,109.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Vogel, Warren S. & Vogel, Michele L.</u>                          Case No. _____
                           Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mantis Funding, LLC<br>64 Beaver St Ste 344<br>New York, NY 10004-2508 | X | H | Business Debt of Bloog, LLC. Listed in the Event of a Personal Guarantee | | | | unknown |
| ACCOUNT NO.<br><br>MerchSource, LLC<br>15 Cushing<br>Irvine, CA 92618-4220 | | H | Personal Guarantee of Business Debt of Metro Design USA, LLC - Judgment Entered - Case No. 30-2014-00706920-CU-BU-CJC | | | | 26,009.45 |
| ACCOUNT NO.<br><br>Edward F. O'Connor Esq-Avyno Law, P.C.<br>Attys For MerchSource LLC<br>6345 Balboa Blvd Ste 190 Bldg IV<br>Encino, CA 91316-1515 | | | Assignee or other notification for:<br>MerchSource, LLC | | | | |
| ACCOUNT NO.<br><br>Michael Coughlin<br>12 1st St<br>Keyport, NJ 07735-1586 | | H | Business Partner | | | | unknown |
| ACCOUNT NO.<br><br>Michael Planit & Product Strategies Inc<br>dba Planit Strategy<br>3 Bobby Close Ste 1000<br>Mamaroneck, NY 10543-1003 | X | H | Personal Guarantees of Business Debts of Metro Design USA, LLC and Bloog, LLC | | | | 150,000.00 |
| ACCOUNT NO.<br><br>Justin Sher Esq - Sher Tremonte LLP<br>Attys For M. Planit & Planit Strategy<br>80 Broad St Ste 1301<br>New York, NY 10004-2282 | | | Assignee or other notification for:<br>Michael Planit & Product Strategies Inc | | | | |
| ACCOUNT NO.<br><br>New Era Lending<br>North Orange Street, Suite 762<br>Wilmington, DE 19801 | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC - Litigation Filed by Colonial Funding Network - Index No. 155138/2015 | | | | 67,200.00 |

Sheet no. __10__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                                 (Total of this page)  $ 243,209.45

                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                      Case No. _____
                                   Debtor(s)                                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jennifer Ballard, Esq. Corporate Counsel Colonial Funding For New Era Lending 1501 Broadway Ste 1515 New York, NY  10036-5505** | | | Assignee or other notification for:<br>**New Era Lending** | | | | |
| ACCOUNT NO.<br>**Ninghai Haili Metal & Plastic Co LTD & Ning Hai Jintian Intl Trade Co LTD No 9 Jinqiao Rd - Ninghai Ningbo PRC 315600,** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | 1,150,815.57 |
| ACCOUNT NO. 3758<br>**NJM Insurance Group NJ Manufacturers Insurance Co 301 Sullivan Way Ewing, NJ  08628-3406** | | J | **Amount Due for Canceled Insurance Policy** | | | | 525.45 |
| ACCOUNT NO.<br>**Orth Graphics, Inc. 116 W Main St Maple Shade, NJ  08052-2422** | X | H | **Personal Guarantee Business Debt of Metro Design USA, LLC - Litigation Pending - Docket No. BUR-L-580-15** | | | | 44,916.26 |
| ACCOUNT NO.<br>**George G. Horiates, Esq. Atty For Orth Graphics 7010 Kaighns Ave Pennsauken, NJ  08109-4417** | | | Assignee or other notification for:<br>**Orth Graphics, Inc.** | | | | |
| ACCOUNT NO.<br>**Patrick Gwen 4439 Pease St Houston, TX  77023-3023** | | H | **Personal Loan** | | | | 50,000.00 |
| ACCOUNT NO. 3750<br>**Pay Pal - Comenity Capital Bank Bankruptcy Dept PO Box 5138 Timonium, MD  21094-5138** | | H | **Credit Card** | | | | 5,194.11 |

Sheet no. __11__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,251,451.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                    Case No. _____
                                  Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Coradius International LLC<br>For Paypal/WebBank #7741418<br>2420 Sweet Home Rd Ste 150<br>Amherst, NY 14228-2244** | | | Assignee or other notification for:<br>**Pay Pal - Comenity Capital Bank** | | | | |
| ACCOUNT NO.<br>**Professional Orthopaedic Associates<br>776 Shrewsbury Ave Ste 201<br>Tinton Falls, NJ 07724-4507** | | H | **Medical Services for Daughter** | | | | 140.00 |
| ACCOUNT NO.<br>**Prosperity Group<br>8691 SE Highway 69<br>Cameron, MO 64429-8839** | X | H | **Personal Guarantee of Business Debt of Metro Design USA, LLC** | | | | 25,000.00 |
| ACCOUNT NO.<br>**Revenue Assurance Partners, LLC<br>For Prosperity Group #3024544<br>19399 Helenbirg Rd Ste 5 & 6<br>Covington, LA 70433-5392** | | | Assignee or other notification for:<br>**Prosperity Group** | | | | |
| ACCOUNT NO.<br>**Law Offices Of Brian R. Quentzel<br>Attys For Prosperity Group #74124<br>64 N Summit St Ste 209<br>Tenafly, NJ 07670-1034** | | | Assignee or other notification for:<br>**Prosperity Group** | | | | |
| ACCOUNT NO.<br>**Rapid Advance<br>7316 Wisconsin Ave Ste 350<br>Bethesda, MD 20814-2977** | X | H | **Personal Guarantee of Business Debt of Bloog, LLC.** | | | | 47,000.00 |
| ACCOUNT NO.<br>**Rapid Advance<br>Attn: Marlowe Rogers<br>4500 E West Hwy 6th FL<br>Bethesda, MD 20814-3310** | | | Assignee or other notification for:<br>**Rapid Advance** | | | | |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **72,140.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Vogel, Warren S. & Vogel, Michele L.                                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RE Transportation<br>c/o Heitner & Breitstein<br>PO Box 270<br>Wickatunk, NJ 07765-0270 | | H | Judgment Entered Against Metro Design USA, LLC | | | | unknown |
| ACCOUNT NO.<br><br>Republic Business Credit<br>Attn: Melissa Baines<br>201 Saint Charles Ave Ste 2210<br>New Orleans, LA 70170-1000 | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC | | | | 388,091.64 |
| ACCOUNT NO.<br><br>Schuyler Roche & Crisham P.C.<br>Attys For Republic Business Credit<br>180 N Stetson Ave Ste 3700<br>Chicago, IL 60601-6701 | | | Assignee or other notification for:<br>Republic Business Credit | | | | |
| ACCOUNT NO.<br><br>Ritchie Draina<br>614 Pigeon Plum Way<br>Weston, FL 33327-2458 | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC | | | | 550,000.00 |
| ACCOUNT NO.<br><br>Ritchie Ross<br>9 Aspen Dr<br>Caldwell, NJ 07006-4555 | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC | | | | 200,000.00 |
| ACCOUNT NO.<br><br>Robert DeHaven<br>42 Beverly Rd<br>Livingston, NJ 07039-2127 | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC | | | | 38,000.00 |
| ACCOUNT NO.<br><br>Robo Associates & Robert Jacobs<br>4 Flicker Ln<br>Norwalk, CT 06853-1311 | | H | | | | | unknown |

Sheet no. __13__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,176,091.64

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Vogel, Warren S. & Vogel, Michele L.          Case No. _____
                  Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Robo Associates & Robert Jacobs**<br>**300 Wilson Ave Ste 280**<br>**Norwalk, CT  06854-4663** | | | Assignee or other notification for:<br>Robo Associates & Robert Jacobs | | | | |
| **ACCOUNT NO. 7672**<br>**Royal Privilege Program - Synchrony Bank**<br>**Bankruptcy Dept**<br>**PO Box 965060**<br>**Orlando, FL  32896-5060** | | W | Credit Card | | | | 9,528.41 |
| **ACCOUNT NO.**<br>**Encore Receivable Management, Inc.**<br>**For Synchrony/Royal Priv #7168145410062**<br>**PO Box 3330**<br>**Olathe, KS  66063-3330** | | | Assignee or other notification for:<br>Royal Privilege Program - Synchrony Bank | | | | |
| **ACCOUNT NO.**<br>**S.A. Moore Family, LLC**<br>**Attn: Sean A. Moore**<br>**3719 Leeland St**<br>**Houston, TX  77003-5519** | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC | | | | 200,000.00 |
| **ACCOUNT NO.**<br>**Law Offices Of George M. Kuhn, Jr**<br>**Atty For S.A. Moore Family LLC**<br>**1001 West Loop S Ste 70**<br>**Houston, TX  77027-9084** | | | Assignee or other notification for:<br>S.A. Moore Family, LLC | | | | |
| **ACCOUNT NO.**<br>**Simple Symbol/House & Home**<br>**511-4 Hunghom Commercial Centre Tower A**<br>**39 Ma Tau Wai Rd Hunghow**<br>**Kowloon Hong Kong,** | X | H | Personal Guarantee of Business Debt of Metro Design USA, LLC | | | | 1,100,000.00 |
| **ACCOUNT NO.**<br>**Swift Financial Corp dba Swift Capital**<br>**501 Carr Rd Ste 301**<br>**Wilmington, DE  19809-2800** | X | H | Personal Guarantee Business Debt of Metro Design USA, LLC - Judgment Entered - Docket No. MON-L-4883-13 | | | | 58,013.92 |

Sheet no. **14** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal<br>(Total of this page)  $ **1,367,542.33**

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Vogel, Warren S. & Vogel, Michele L.                      Case No. _____
                             Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sergio Scuteri Esq-Capehart Scatchard<br>Attys For Swift Capital #2756-65136<br>PO Box 5016<br>Mount Laurel, NJ  08054-5016 | | | Assignee or other notification for:<br>Swift Financial Corp dba Swift Capital | | | | |
| ACCOUNT NO. 6914<br><br>Target National Bank<br>Target Credit Services<br>PO Box 1581<br>Minneapolis, MN  55440-1581 | | W | Credit Card | | | | 4,075.02 |
| ACCOUNT NO.<br><br>Temple Rodeph Torah Of Western Monmouth<br>PO Box 125<br>Marlboro, NJ  07746-0125 | | J | Dues and Tuition from 2011 | | | | 450.00 |
| ACCOUNT NO.<br><br>Thomas DeCain<br>5 Radnor Corporate Ctr Ste 470<br>Wayne, PA  19087-4538 | X | H | Business Debt of Metro Design USA, LLC - Listed in the Event of a Personal Guarantee | | | | 50,000.00 |
| ACCOUNT NO.<br><br>Trustees Of The Lausar Settlement Trust<br>Equiom - Jubilee Buildings<br>Victoria Street, Douglas<br>Isle Of Man IM1 2SH, | X | H | Business Debt of Metro Design USA, LLC - Listed in the Event of a Personal Guarantee | | | | unknown |
| ACCOUNT NO. 7608<br><br>Verizon<br>Bankruptcy Department<br>500 Technology Dr Ste 550<br>Weldon Spring, MO  63304-2225 | | H | | | | | 282.14 |
| ACCOUNT NO.<br><br>McCarthy Burgess & Wolff<br>Attys For Verizon #24821842<br>26000 Cannon Rd<br>Bedford, OH  44146-1807 | | | Assignee or other notification for:<br>Verizon | | | | |

Sheet no. __15__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **54,807.16**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Vogel, Warren S. & Vogel, Michele L.                                      Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8517**<br>**Victoria's Secret**<br>**Comenity Bank - Bankruptcy Dept**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | | W | **Credit Card** | | | | **865.20** |
| ACCOUNT NO.<br>**Wave Hill Investors, LLC**<br>**8330 W Sahara Ave Ste 210**<br>**Las Vegas, NV 89117-8949** | X | H | **Personal Guarantee of Business Debt of Bloog, LLC** | | | | **unknown** |
| ACCOUNT NO.<br>**Wells Fargo Bank Formerly Wachovia Bank**<br>**2290 Chapel Ave W**<br>**Cherry Hill, NJ 08002-2049** | X | H | **Personal Guarantee Business Debt of Distributek Acquisitions, LLC - Litigation Pending - Docket No. CAM-L-4895-14** | | | | **215,714.04** |
| ACCOUNT NO.<br>**William F. Saldutti III Esq.**<br>**Atty For Wells Fargo - File No. 13166**<br>**1300 Route 73 Ste 205**<br>**Mount Laurel, NJ 08054-2200** | | | **Assignee or other notification for:**<br>**Wells Fargo Bank Formerly Wachovia Bank** | | | | |
| ACCOUNT NO.<br>**Westchester Medical Center**<br>**100 Woods Rd**<br>**Valhalla, NY 10595-1530** | | H | **Medical Services** | | | | **266.81** |
| ACCOUNT NO.<br>**POM Recoveries, Inc.**<br>**For Westchester Medical Ctr #3429527-H5**<br>**PO Box 602**<br>**Lindenhurst, NY 11757-0602** | | | **Assignee or other notification for:**<br>**Westchester Medical Center** | | | | |
| ACCOUNT NO.<br>**World Global Financing Inc.**<br>**141 NE 3rd Ave**<br>**Miami, FL 33132-2207** | X | H | **Business Debt of Bloog, LLC. Listed in the Event of a Personal Guarantee** | | | | **10,000.00** |

Sheet no. **16** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **226,846.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **8,961,923.80**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Vogel, Warren S. & Vogel, Michele L.** _____  Case No. _____
                                        Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Honda Financial Services**<br>**Bankruptcy Department**<br>**PO Box 165007**<br>**Irving, TX  75016-5007** | **Automobile Lease for 2014 Honda Odyssey** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Vogel, Warren S. & Vogel, Michele L.**                          Case No. _____

 Debtor(s)                                                                                (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alan Vogel**<br>**21 Day Star Rd**<br>**Manalapan, NJ  07726-6035** | **Michael Planit & Product Strategies Inc**<br>**dba Planit Strategy**<br>**3 Bobby Close Ste 1000**<br>**Mamaroneck, NY  10543-1003** |
| **Bloog, LLC**<br>**c/o Robo Associates & Robert Jacobs**<br>**4 Flicker Ln**<br>**Norwalk, CT  06853-1311** | **CapRock Services**<br>**4890 Alpha Rd Ste 200**<br>**Dallas, TX  75244-4639** |
|  | **Mantis Funding, LLC**<br>**64 Beaver St Ste 344**<br>**New York, NY  10004-2508** |
|  | **Rapid Advance**<br>**7316 Wisconsin Ave Ste 350**<br>**Bethesda, MD  20814-2977** |
|  | **Wave Hill Investors, LLC**<br>**8330 W Sahara Ave Ste 210**<br>**Las Vegas, NV  89117-8949** |
|  | **World Global Financing Inc.**<br>**141 NE 3rd Ave**<br>**Miami, FL  33132-2207** |
|  | **AmRock Capital LLC**<br>**1111 Brickell Ave Ste 1100**<br>**Miami, FL  33131-3122** |
|  | **Michael Planit & Product Strategies Inc**<br>**dba Planit Strategy**<br>**3 Bobby Close Ste 1000**<br>**Mamaroneck, NY  10543-1003** |
|  | **Express Working Capital, LLC**<br>**4890 Alpha Rd Ste 200**<br>**Dallas, TX  75244-4639** |
|  | **NJ Dept Of Labor & Workforce Development**<br>**Wage & Hour Comp Attn: J Bongiovanni**<br>**PO Box 389**<br>**Trenton, NJ  08625-0389** |
| **Core Sale Group, Inc.** | **Friendship Realty Co.**<br>**Attn: Barbara Kennedy**<br>**PO Box 611**<br>**Howell, NJ  07731-0611** |
| **Distributek Acquisition, LLC**<br>**52 N Main St Bldg A-9**<br>**Marlboro, NJ  07746-1428** | **Wells Fargo Bank Formerly Wachovia Bank**<br>**2290 Chapel Ave W**<br>**Cherry Hill, NJ  08002-2049** |
| **Jason DelGuidice** | **Wells Fargo Bank Formerly Wachovia Bank** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Vogel, Warren S. & Vogel, Michele L.</u>                                    Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **8 Bay Breeze Dr W**<br>**Toms River, NJ  08753-2453**<br><br>**Metro Design USA, LLC**<br>**c/o Robo Associates & Robert Jacobs**<br>**4 Flicker Ln**<br>**Norwalk, CT  06853-1311** | **2290 Chapel Ave W**<br>**Cherry Hill, NJ  08002-2049**<br><br>**Wave Hill Investors, LLC**<br>**8330 W Sahara Ave Ste 210**<br>**Las Vegas, NV  89117-8949**<br><br>**AmRock Capital LLC**<br>**1111 Brickell Ave Ste 1100**<br>**Miami, FL  33131-3122**<br><br>**Bluewater Coastal Companies, LLC**<br>**c/o Kevin Conway**<br>**300 Wilson Ave**<br>**Norwalk, CT  06854-4663**<br><br>**Bluewater Coastal Companies, LLC**<br>**c/o Kevin Conway**<br>**300 Wilson Ave**<br>**Norwalk, CT  06854-4663**<br><br>**Thomas DeCain**<br>**5 Radnor Corporate Ctr Ste 470**<br>**Wayne, PA  19087-4538**<br><br>**Fast Business Funding**<br>**Everest Business Funding**<br>**2001 NW 107th Ave**<br>**Miami, FL  33172-2507**<br><br>**Interpro Manufacturing Ltd**<br>**W5/F. New Bright Centre - 11 Shueng**<br>**Yuet Rd Kowloon Bay, Sun Ming Dai Ha**<br>**Hong Kong,**<br><br>**Equity Trust Co Cust FBO Patrick Mullin/**<br>**Z145599 Traditional IRA**<br>**246 Brookside Rd**<br>**Darien, CT  06820-2600**<br><br>**New Era Lending**<br>**North Orange Street, Suite 762**<br>**Wilmington, DE  19801**<br><br>**Michael Planit & Product Strategies Inc**<br>**dba Planit Strategy**<br>**3 Bobby Close Ste 1000**<br>**Mamaroneck, NY  10543-1003**<br><br>**Prosperity Group**<br>**8691 SE Highway 69**<br>**Cameron, MO  64429-8839**<br><br>**S.A. Moore Family, LLC**<br>**Attn: Sean A. Moore**<br>**3719 Leeland St**<br>**Houston, TX  77003-5519**<br><br>**Trustees Of The Lausar Settlement Trust** |

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Vogel, Warren S. & Vogel, Michele L.</u>  Case No. _____
           Debtor(s)                                         (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Equiom - Jubilee Buildings**<br>**Victoria Street, Douglas**<br>**Isle Of Man IM1 2SH,**<br><br>**Ninghai Haili Metal & Plastic Co LTD &**<br>**Ning Hai Jintian Intl Trade Co LTD**<br>**No 9 Jinqiao Rd - Ninghai**<br>**Ningbo PRC 315600,**<br><br>**Agility Professional Services**<br>**Max Kahn**<br>**2 Executive Dr Ste 630**<br>**Fort Lee, NJ 07024-3302**<br><br>**Indus Consulting Service**<br>**Max Kahn**<br>**732 Pembroke Way**<br>**Ridgefield, NJ 07657-1308**<br><br>**Laufer Group International**<br>**20 Vesey St RM 601**<br>**New York, NY 10007-4233**<br><br>**Knight Capital Funding, LLC**<br>**Amanda Barton, Esq. In House Counsel**<br>**9 E Loockerman St Ste 3A-543**<br>**Dover, DE 19901-8306**<br><br>**Irving Sommer**<br>**3404 Linneman St**<br>**Glenview, IL 60025-3922**<br><br>**Orth Graphics, Inc.**<br>**116 W Main St**<br>**Maple Shade, NJ 08052-2422**<br><br>**Swift Financial Corp dba Swift Capital**<br>**501 Carr Rd Ste 301**<br>**Wilmington, DE 19809-2800**<br><br>**Magyar Bank**<br>**400 Somerset St**<br>**New Brunswick, NJ 08901-3265**<br><br>**Robert DeHaven**<br>**42 Beverly Rd**<br>**Livingston, NJ 07039-2127**<br><br>**Graham Curtain, Esq.**<br>**4 Headquarters Plaza**<br>**PO Box 1991**<br>**Morristown, NJ 07962-1991**<br><br>**Alan Vogel**<br>**21 Day Star Rd**<br>**Manalapan, NJ 07726-6035**<br><br>**Joanne Clark** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Vogel, Warren S. & Vogel, Michele L.</u>                                         Case No. _____
                Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 12 1st St<br>Keyport, NJ  07735-1586<br><br>John Miele<br>2 Aspen Ln<br>Tinton Falls, NJ  07724-4756<br><br>Ritchie Draina<br>614 Pigeon Plum Way<br>Weston, FL  33327-2458<br><br>Edward Eberhard<br>2102 Scarlett Dr<br>Hackettstown, NJ  07840-4527<br><br>Gene Festa<br>5 Center Ave<br>Matawan, NJ  07747-3312<br><br>Simple Symbol/House & Home<br>511-4 Hunghom Commercial Centre Tower A<br>39 Ma Tau Wai Rd Hunghow<br>Kowloon Hong Kong,<br><br>Dell Financial Services<br>Customer Service<br>PO Box 81577<br>Austin, TX  78708-1577<br><br>Jerry Hanzel<br>412 Red Hawk Dr<br>Jupiter, FL  33477-4204<br><br>Ritchie Ross<br>9 Aspen Dr<br>Caldwell, NJ  07006-4555<br><br>Eric Wong<br>20 Louise Ln<br>Monroe Township, NJ  08831-4457<br><br>Barry Serin<br>6 Holecomb Dr<br>Hillsborough, NJ  08844-2280<br><br>Republic Business Credit<br>Attn: Melissa Baines<br>201 Saint Charles Ave Ste 2210<br>New Orleans, LA  70170-1000<br><br>NJ Dept Of Labor & Workforce Development<br>Division Of Employer Accounts<br>PO Box 389 - 9th Floor<br>Trenton, NJ  08625<br><br>NJ Division Of Taxation<br>Bankruptcy Section<br>PO Box 245 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Vogel, Warren S. & Vogel, Michele L.**                                    Case No. _____
                              Debtor(s)                                                           (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Coughlin**<br>**12 1st St**<br>**Keyport, NJ  07735-1586** | **Trenton, NJ  08695-0245**<br><br>**NJ Dept Of Labor & Workforce Development**<br>**Division Of Unemployment Insurance**<br>**PO Box 389**<br>**Trenton, NJ  08625**<br><br>**NJ Dept Of Labor & Workforce Development**<br>**Wage & Hour Comp Attn: J Bongiovanni**<br>**PO Box 389**<br>**Trenton, NJ  08625-0389**<br><br>**Cohen & Whalen, LLC**<br>**Attn: Roger Cohen**<br>**1075 Rte 34 Ste D**<br>**Matawan, NJ  07747-2169**<br><br>**Grace News Inc**<br>**Attn: Dana Chou**<br>**5F-1 No 29 Lane 66 Juikuang Rd Neihu**<br>**Taipei Taiwan R.O.C.,**<br><br>**Alan Hess**<br>**6646 Cobia Cir**<br>**Boynton Beach, FL  33437-3643**<br><br>**Mantis Funding, LLC**<br>**64 Beaver St Ste 344**<br>**New York, NY  10004-2508**<br><br>**Rapid Advance**<br>**7316 Wisconsin Ave Ste 350**<br>**Bethesda, MD  20814-2977**<br><br>**Wave Hill Investors, LLC**<br>**8330 W Sahara Ave Ste 210**<br>**Las Vegas, NV  89117-8949**<br><br>**World Global Financing Inc.**<br>**141 NE 3rd Ave**<br>**Miami, FL  33132-2207**<br><br>**AmRock Capital LLC**<br>**1111 Brickell Ave Ste 1100**<br>**Miami, FL  33131-3122**<br><br>**Bluewater Coastal Companies, LLC**<br>**c/o Kevin Conway**<br>**300 Wilson Ave**<br>**Norwalk, CT  06854-4663**<br><br>**Bluewater Coastal Companies, LLC**<br>**c/o Kevin Conway**<br>**300 Wilson Ave**<br>**Norwalk, CT  06854-4663**<br><br>**Fast Business Funding**<br>**Everest Business Funding**<br>**2001 NW 107th Ave** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Vogel, Warren S. & Vogel, Michele L.                                    Case No. _____
        Debtor(s)                                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Miami, FL  33172-2507 <br><br> **Michael Planit & Product Strategies Inc** <br> **dba Planit Strategy** <br> **3 Bobby Close Ste 1000** <br> **Mamaroneck, NY  10543-1003** <br><br> **Prosperity Group** <br> **8691 SE Highway 69** <br> **Cameron, MO  64429-8839** <br><br> **S.A. Moore Family, LLC** <br> **Attn: Sean A. Moore** <br> **3719 Leeland St** <br> **Houston, TX  77003-5519** <br><br> **Knight Capital Funding, LLC** <br> **Amanda Barton, Esq. In House Counsel** <br> **9 E Loockerman St Ste 3A-543** <br> **Dover, DE  19901-8306** <br><br> **Wells Fargo Bank Formerly Wachovia Bank** <br> **2290 Chapel Ave W** <br> **Cherry Hill, NJ  08002-2049** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Warren S. Vogel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michele L. Vogel** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
    chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

**12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:   Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Clerk** |
| Employer's name | | **National Police Defense Foundation** |
| Employer's address | | **21 Kilmer Dr Ste F Bldg 2** |
| | Number   Street | Number   Street |
| | | |
| | | |
| | City      State   ZIP Code | **Morganville, NJ  07751-0000**<br>City      State   ZIP Code |
| How long employed there? | _____ | **1 years** |

---

**Part 2:   Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **0.00** | $ **1,738.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ **0.00** | + $ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ **0.00** | $ **1,738.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **Warren S. Vogel** _____   Case number (if known) _____

First Name   Middle Name   Last Name

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ............................................................→ | 4. | | $ 0.00 | $ 1,738.00 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 238.81 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 238.81 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1,499.19 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ 1,499.19 = | $ 1,499.19 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 1,499.19

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   | Warren Vogel Hopes to Receive a Salary or Income from his New Business, Core Sale Group, Inc. |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1 _____**Warren S. Vogel**_____
First Name                Middle Name                Last Name

Debtor 2 _____**Michele L. Vogel**_____
(Spouse, if filing)  First Name                Middle Name                Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   　　☑ No

   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**       ☐ No

   Do not list Debtor 1 and        ☑ Yes. Fill out this information for
   Debtor 2.                            each dependent...........................
   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **17** | ☐ No  ☑ Yes |
| **Son** | **14** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include**       ☑ No
   **expenses of people other than**
   **yourself and your dependents?**    ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ **2,275.00** |
| If not included in line 4: |  |  |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ **300.00** |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1  **Warren S. Vogel** _____  Case number (if known) _____
First Name     Middle Name     Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | **Your expenses** |
|---|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans   5.  $ **903.68**

6.  **Utilities:**

  6a.  Electricity, heat, natural gas   6a.  $ **350.00**

  6b.  Water, sewer, garbage collection   6b.  $ **90.00**

  6c.  Telephone, cell phone, Internet, satellite, and cable services   6c.  $ **500.00**

  6d.  Other. Specify: _____   6d.  $ **0.00**

7.  **Food and housekeeping supplies**   7.  $ **800.00**

8.  **Childcare and children's education costs**   8.  $ **0.00**

9.  **Clothing, laundry, and dry cleaning**   9.  $ **150.00**

10.  **Personal care products and services**   10.  $ **80.00**

11.  **Medical and dental expenses**   11.  $ **250.00**

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.   12.  $ **150.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.  $ **300.00**

14.  **Charitable contributions and religious donations**   14.  $ **0.00**

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a.  Life insurance   15a.  $ **80.00**

  15b.  Health insurance   15b.  $ **1,000.00**

  15c.  Vehicle insurance   15c.  $ **320.00**

  15d.  Other insurance. Specify: _____   15d.  $ **0.00**

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.  $ **0.00**

17.  **Installment or lease payments:**

  17a.  Car payments for Vehicle 1   17a.  $ **608.53**

  17b.  Car payments for Vehicle 2   17b.  $ **413.25**

  17c.  Other. Specify:  **Auto Lease For 2015 Kia Soul In Father's Nam**   17c.  $ **456.26**

  17d.  Other. Specify: _____   17d.  $

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 6I).   18.  $ **0.00**

19.  **Other payments you make to support others who do not live with you.**
Specify: _____   19.  $ **0.00**

20.  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

  20a.  Mortgages on other property   20a.  $ **0.00**

  20b.  Real estate taxes   20b.  $ **0.00**

  20c.  Property, homeowner's, or renter's insurance   20c.  $ **0.00**

  20d.  Maintenance, repair, and upkeep expenses   20d.  $ **0.00**

  20e.  Homeowner's association or condominium dues   20e.  $ **0.00**

Debtor 1 __**Warren S. Vogel**_____    Case number *(if known)*_____
First Name      Middle Name      Last Name

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify: __Car Payment For Lexus_____ | 21. | +$ _____755.94_____ |

| | | | |
|---|---|---|---|
| 22. | **Your monthly expenses.** Add lines 4 through 21.<br>The result is your monthly expenses. | 22. | $ ____9,782.66____ |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from *Schedule I*. | 23a. | $ ____1,499.19____ |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. | − $ ____9,782.66____ |
| 23c. | Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income*. | 23c. | $ ____-8,283.47____ |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes. | **Automobile Loan for Lexus will be Paid Off in November, 2015**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** <u>Vogel, Warren S. & Vogel, Michele L.</u>                                    Case No. _____

<div align="center">Debtor(s)</div>                                                          <div align="right">(If known)</div>

<div align="center">

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

</div>

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**41** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 15, 2015** _____     Signature: */s/ Warren S. Vogel* _____
                                                              **Warren S. Vogel**                                     Debtor

Date: **July 15, 2015** _____     Signature: */s/ Michele L. Vogel* _____
                                                              **Michele L. Vogel**                          (Joint Debtor, if any)
                                                              [If joint case, both spouses must sign.]

<div align="center">

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

</div>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

<div align="center">

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

</div>

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                              _____
                                                              (Print or type name of individual signing on behalf of debtor)

<div align="center">

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

</div>

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

### United States Bankruptcy Court
### District of New Jersey

IN RE:

**Vogel, Warren S. & Vogel, Michele L.**

Case No. _____

Chapter **7** _____

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**21st Mortgage Corporation** | **Describe Property Securing Debt:**<br>**Residence** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Request Modification** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
| --- | --- |
| **Creditor's Name:**<br>**Chase Mortgage Home Finance** | **Describe Property Securing Debt:**<br>**Residence** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Request Modification** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**Honda Financial Services** | **Describe Leased Property:**<br>**Automobile Lease for 2014 Honda Odyssey** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ Yes ☐ No |

| Property No. 2 (if necessary) | | |
| --- | --- | --- |
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July 15, 2015**_____     **/s/ Warren S. Vogel**_____
Signature of Debtor

**/s/ Michele L. Vogel**_____
Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Lexus Financial Services** | **Describe Property Securing Debt:**<br>**2007 Lexus RX350** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Santander Bank** | **Describe Property Securing Debt:**<br>**2014 Kia Forte LX** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___**1**___ of ___**1**___

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                                    Case No. _____

**Vogel, Warren S. & Vogel, Michele L.**                                                 Chapter **7** _____
_____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 10,978.00 | Wages - Year to Date (Michelle) |
| 7,500.00 | Salary from Metro Design - Year to Date (Paid on 1/13/15) |
| 22,886.00 | Wages - 2014 |
| 10,275.00 | Income from Bloog, LLC - Year to Date |
| 30,300.00 | Income from Metro Design - Year to Date |

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 11,024.00 | Gambling Winnings - 2014 |
| 11,024.00 | Gambling Winnings - 2013 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Home Mortgage** | **Monthly Mortgage Payments Under Trial Modification of $2275** | **6,825.00** | **327,747.39** |
| **Santander Bank** | **Regular Monthly Automobile Loan Payments of $413.25** | **1,239.75** | **17,104.98** |
| **Lexus Financial Services** | **Regular Monthly Payments of $755.94** | **2,267.82** | **3,779.70** |
| **Honda Financial Services** | **Monthly Automobile Lease Payments of $608.53** | **1,825.59** | **10,953.54** |

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bloog, LLC** | **2/20/15** | **5,000.00** | **0.00** |
| **Repayment of Loan in the Amount of $5,000 Given on 2/19/15** | | | |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express Centurion Bank v. Warren Vogel Docket No. MON-L-1523-14** | **Contract** | **Superior Court of NJ Monmouth County Law Division** | **Judgment Entered** |
| **Colonial Funding Network as Servicing Agent for New Era Lending, LLC v. Metro Design USA, LLC et al Index No. 155138/2015** | **Contract** | **Supreme Court of New York County of New York** | **Pending** |
| **Harrah's Atlantic City Operating Co, LLC v. Warren Vogel Docket No. MON-DC-440-14** | **Contract** | **Superior Court of NJ Monmouth County Law Division** | **Judgment Entered** |
| **Knight Capital Funding LLC v. Metro Design USA LLC et al Case No. 14-31926-CA 01** | **Contract** | **Circuit Court of 11th Judicial Circuit Miami-Dade County Florida** | **Judgment Entered** |
| **MerchSource, LLC v. Metro Design USA LLC et al Case No. 30-2014-00706920-** | **Contract** | **Superior Court of California Orange County** | **Judgment Entered** |

CU-BU-CJC

| | | | |
|---|---|---|---|
| **Norman B. Newman, Trustee of the Estate of Irv & Phyllis Sommer et al v. Smiletime Toys fka Metro Design USA et al Civil Act No. 3:12-cv-06099** | **Contract** | **United States District Court District of New Jersey** | **Pending** |
| **Orth Graphics, Inc. v. Warren Vogel et al Docket No. BUR-L-0580-15** | **Contract** | **Superior Court of NJ Burlington County Law Division** | **Pending** |
| **Swift Financial Corp d/b/a Swift Capital v. Metro Design USA LLC et al Docket No. MON-L-4883-13** | **Contract** | **Superior Court of NJ Monmouth County Law Division** | **Judgment Entered** |
| **Wells Fargo Bank, Successor by Merger to Wachovia Bank v. Distributek Acquistions et al Docket No. CAM-L-4895-14** | **Contract** | **Superior Court of NJ Camden County Law Division** | **Pending** |
| **Express Working Capital, LLC v. Bloog LLC et al Cause No. DC-15-04047** | **Contract** | **District Court Dallas County, Texas** | **Pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Harrah's Atlantic City Operating Co, LLC** | **5/14/15** | **Application for Wage Execution** |
| **Knight Capital Funding, LLC** | **6/23/15** | **Levy on Bank of America Bank Accounts** |

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chase Auto Finance** | **May 2015** | **Repossessed Leased 2013 Mazda CX-9 Automobile** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Peter J. Broege, Esq.**<br>**Broege Neumann Fischer & Shaver, LLC**<br>**25 Abe Voorhees Dr**<br>**Manasquan, NJ  08736-3560** | | **4,500.00** |

**10. Other transfers**

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank Of America** | **Checking Ending 9758** | **Closed: 3/9/15**<br>**Balance: $0.00** |
| **Bank Of America** | **Checking Account No. Ending 4937** | **Closed After Levy on Account on 6/23/15**<br>**Funds In Account at Time of Levy: $912.27** |

**12. Safe deposit boxes**

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Core Sale Group, Inc.** | 47-3831663 | | **Business Consulting Firm** | **5/9/15 to the Present** |
| **Metro Design USA, LLC** | 26-0286922 | | **Importer and Distributor of Housewares** | **June 2007 to Present** |
| **Bloog, LLC** | 26-4068202 | | **Internet Sale of Electronic Cigarettes** | **January 2009 - March 20, 2015 (business is still operating but debtor has no ownership interest)** |

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **July 15, 2015** _____     Signature  ***/s/ Warren S. Vogel*** _____

of Debtor                                                                                                      **Warren S. Vogel**


Date: **July 15, 2015** _____     Signature  ***/s/ Michele L. Vogel*** _____

of Joint Debtor                                                                                           **Michele L. Vogel**
(if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### District of New Jersey

**IN RE:**                                                                    Case No. _____

**Vogel, Warren S. & Vogel, Michele L.** _____   Chapter **7** _____
<div align="center">Debtor(s)</div>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **4,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **4,500.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Representation of the Debtor(s) in an adversary proceeding, contested motion, or at an examination of the Debtor(s) or others pursuant to Bankruptcy Rule 2004 which services shall be billed at normal hourly billing rates.**

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____           _____
          **July 15, 2015**                               **/s/ Peter J. Broege, Esq.**
                Date                                       **Peter J. Broege, Esq. PB 9313**
                                                          **Broege Neumann**
                                                          **Fischer & Shaver**
                                                          **25 Abe Voorhees Dr**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form B 201A, Notice to Consumer Debtor(s)                                                                                                          Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

     Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

     **Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

     Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

     Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

     After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

     **Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

     Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

     **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

     Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

     A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                    Case No. _____

Vogel, Warren S. & Vogel, Michele L. _____  Chapter **7** _____
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____      Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer      petition preparer is not an individual, state
Address:                                                the Social Security number of the officer,
_____      principal, responsible person, or partner of
                                                        the bankruptcy petition preparer.)
_____      (Required by 11 U.S.C. § 110.)
**X**_____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Vogel, Warren S. & Vogel, Michele L. _____      **X** */s/ Warren S. Vogel*                    **7/15/2015**
Printed Name(s) of Debtor(s)                             Signature of Debtor                             Date

Case No. (if known) _____            **X** */s/ Michele L. Vogel*                    **7/15/2015**
                                                        Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                          Case No. _____

_____
Vogel, Warren S. & Vogel, Michele L.                          Chapter **7**_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **July 15, 2015**_____    Signature: */s/ Warren S. Vogel*_____
                                                        **Warren S. Vogel**                                    Debtor


Date: **July 15, 2015**_____    Signature: */s/ Michele L. Vogel*_____
                                                        **Michele L. Vogel**                        Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

21st Mortgage Corporation
Customer Service
620 Market St Ste 100
Knoxville, TN  37902-2207


Agility Professional Services
Max Kahn
2 Executive Dr Ste 630
Fort Lee, NJ  07024-3302


Alan Hess
6646 Cobia Cir
Boynton Beach, FL  33437-3643


Alan Vogel
21 Day Star Rd
Manalapan, NJ  07726-6035


Altus Global Trade Solutions
For Laufer International
2400 Veterans Blvd Ste 300
Kenner, LA  70062


Amazon.com/Synchrony Bank
Bankruptcy Dept
PO Box 965060
Orlando, FL  32896-5060


American Coradius International LLC
For Paypal/WebBank #7741418
2420 Sweet Home Rd Ste 150
Amherst, NY  14228-2244


American Express
Customer Service
PO Box 981535
El Paso, TX  79998-1535

AmRock Capital LLC
1111 Brickell Ave Ste 1100
Miami, FL  33131-3122


ARS National Services Inc.
For Dell #31095831
PO Box 463023
Escondido, CA  92046


Bank Of America
Customer Service
PO Box 982235
El Paso, TX  79998-2235


Barry Gainey Esq - Gainey McKenna etal
Atty For Interpro Manufacturing Ltd
95 N State Rt 17 Ste 310
Paramus, NJ  07652-2626


Barry Serin
6 Holecomb Dr
Hillsborough, NJ  08844-2280


Bluewater Coastal Companies, LLC
c/o Kevin Conway
300 Wilson Ave
Norwalk, CT  06854-4663


Capital One - Bankruptcy Department
c/o American Info Source
PO Box 54529
Oklahoma City, OK  73154-1529


CapRock Services
4890 Alpha Rd Ste 200
Dallas, TX  75244-4639

Central Jersey Emergency Medicine Assoc
PO Box 2680
New Brunswick, NJ   08903-2680


CentraState Medical Center
901 W Main St
Freehold, NJ   07728-2537


Chase
Customer Service
PO Box 15298
Wilmington, DE   19850-5298


Chase Auto Finance
Bankruptcy Dept
PO Box 29505
Phoenix, AZ   85038-9505


Chase Auto Finance
Redemption Coordinator Dept
PO Box 31167
Tampa, FL   33631-3167


Chase Mortgage Home Finance
Customer Service
PO Box 24696
Columbus, OH   43224-0696


Citi Cards
Customer Service
PO Box 6500
Sioux Falls, SD   57117-6500


Cohen & Whalen, LLC
Attn: Roger Cohen
1075 Rte 34 Ste D
Matawan, NJ   07747-2169

Craner Satkin Scheer & Schwartz
Attys For Harrah's AC Op Co #11130060783
320 Park Ave
Scotch Plains, NJ  07076-1100


Credit One Bank
Customer Service
PO Box 98873
Las Vegas, NV  89193-8873


Dell Financial Services
Customer Service
PO Box 81577
Austin, TX  78708-1577


Edward Eberhard
2102 Scarlett Dr
Hackettstown, NJ  07840-4527


Edward F. O'Connor Esq-Avyno Law, P.C.
Attys For MerchSource LLC
6345 Balboa Blvd Ste 190 Bldg IV
Encino, CA  91316-1515


Encore Receivable Management, Inc.
For Synchrony/Royal Priv #7168145410062
PO Box 3330
Olathe, KS  66063-3330


Equity Trust Co Cust FBO Patrick Mullin/
Z145599 Traditional IRA
246 Brookside Rd
Darien, CT  06820-2600


Eric Wong
20 Louise Ln
Monroe Township, NJ  08831-4457

Express Working Capital, LLC
4890 Alpha Rd Ste 200
Dallas, TX  75244-4639


Fast Business Funding
Everest Business Funding
2001 NW 107th Ave
Miami, FL  33172-2507


Friendship Realty Co.
Attn: Barbara Kennedy
PO Box 611
Howell, NJ  07731-0611


Gene Festa
5 Center Ave
Matawan, NJ  07747-3312


George G. Horiates, Esq.
Atty For Orth Graphics
7010 Kaighns Ave
Pennsauken, NJ  08109-4417


Grace News Inc
Attn: Dana Chou
5F-1 No 29 Lane 66 Juikuang Rd Neihu
Taipei Taiwan R.O.C.,


Graham Curtain, Esq.
4 Headquarters Plaza
PO Box 1991
Morristown, NJ  07962-1991


Harrah's Resort
777 Harrahs Blvd
Atlantic City, NJ  08401-1911

Home Depot Credit Services
Customer Service
PO Box 790328
Saint Louis, MO   63179-0328


Honda Financial Services
Bankruptcy Department
PO Box 165007
Irving, TX   75016-5007


Indus Consulting Service
Max Kahn
732 Pembroke Way
Ridgefield, NJ   07657-1308


Internal Revenue Service
Special Procedures
PO Box 744
Springfield, NJ   07081


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA   19101-7346


Interpro Manufacturing Ltd
W5/F. New Bright Centre - 11 Shueng
Yuet Rd Kowloon Bay, Sun Ming Dai Ha
Hong Kong,


Irving Sommer
3404 Linneman St
Glenview, IL   60025-3922

J.C. Christensen & Associates
For Credit One/LVNV Funding #18696179
PO Box 519
Sauk Rapids, MN  56379-0519


Jason DelGuidice
8 Bay Breeze Dr W
Toms River, NJ  08753-2453


Jennifer Ballard, Esq. Corporate Counsel
Colonial Funding For New Era Lending
1501 Broadway Ste 1515
New York, NY  10036-5505


Jerrold Kamensky Esq-Kamensky Cohen etal
Attys For Norman B. Newman Trustee et al
194 S Broad St
Trenton, NJ  08608-2405


Jerry Hanzel
412 Red Hawk Dr
Jupiter, FL  33477-4204


Joanne Clark
12 1st St
Keyport, NJ  07735-1586


John Miele
2 Aspen Ln
Tinton Falls, NJ  07724-4756


Justin Sher Esq - Sher Tremonte LLP
Attys For M. Planit & Planit Strategy
80 Broad St Ste 1301
New York, NY  10004-2282

Keystone Financial Services
For CentraState Med Ctr #CS85137
PO Box 730
Allenwood, NJ  08720-0730


Knight Capital Funding, LLC
Amanda Barton, Esq. In House Counsel
9 E Loockerman St Ste 3A-543
Dover, DE  19901-8306


Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI  53201-3043


Laufer Group International
20 Vesey St RM 601
New York, NY  10007-4233


Law Offices Of Brian R. Quentzel
Attys For Prosperity Group #74124
64 N Summit St Ste 209
Tenafly, NJ  07670-1034


Law Offices Of Frederic I. Weinberg
For Bank Of America #2197624
1200 Laurel Oak Rd Ste 104
Voorhees, NJ  08043-4317


Law Offices Of George M. Kuhn, Jr
Atty For S.A. Moore Family LLC
1001 West Loop S Ste 70
Houston, TX  77027-9084

Lexus Financial Services
Asset Protection Dept
PO Box 2958
Torrance, CA  90509-2958


Lexus Financial Services
Initial Case Notification
PO Box 8026
Cedar Rapids, IA  52408-8026


LVNV Funding, LLC
Assignee Of Credit One Bank
55 Beattie Pl Ste 110
Greenville, SC  29601-5115


Magyar Bank
400 Somerset St
New Brunswick, NJ  08901-3265


Mantis Funding, LLC
64 Beaver St Ste 344
New York, NY  10004-2508


McCarthy Burgess & Wolff
Attys For Verizon #24821842
26000 Cannon Rd
Bedford, OH  44146-1807


MerchSource, LLC
15 Cushing
Irvine, CA  92618-4220


Metro Design USA, LLC
c/o Robo Associates & Robert Jacobs
4 Flicker Ln
Norwalk, CT  06853-1311

Michael Coughlin
12 1st St
Keyport, NJ  07735-1586


Michael Planit & Product Strategies Inc
dba Planit Strategy
3 Bobby Close Ste 1000
Mamaroneck, NY  10543-1003


New Era Lending
North Orange Street, Suite 762
Wilmington, DE  19801


Ninghai Haili Metal & Plastic Co LTD &
Ning Hai Jintian Intl Trade Co LTD
No 9 Jinqiao Rd - Ninghai
Ningbo PRC 315600,


NJ Dept Of Labor & Workforce Development
Division Of Employer Accounts
PO Box 389 - 9th Floor
Trenton, NJ  08625


NJ Dept Of Labor & Workforce Development
Division Of Unemployment Insurance
PO Box 389
Trenton, NJ  08625


NJ Dept Of Labor & Workforce Development
Wage & Hour Comp Attn: J Bongiovanni
PO Box 389
Trenton, NJ  08625-0389


NJ Dept Of Labor - Div Of Employer Accts
Attn: Betty Lee, Auditor
PO Box 2672
New Brunswick, NJ  08903-2672

NJ Division Of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ  08695-0245


NJM Insurance Group
NJ Manufacturers Insurance Co
301 Sullivan Way
Ewing, NJ  08628-3406


Norman B. Newman, Chapter 7 Trustee
For Irv & Phyllis Sommer
191 N Wacker Dr Ste 1800
Chicago, IL  60606-1631


Orth Graphics, Inc.
116 W Main St
Maple Shade, NJ  08052-2422


Patrick Gwen
4439 Pease St
Houston, TX  77023-3023


Pay Pal - Comenity Capital Bank
Bankruptcy Dept
PO Box 5138
Timonium, MD  21094-5138


Pioneer Credit Recovery For NJ Div Tax
Attn: Jonica Petion
PO Box 1018
Moorestown, NJ  08057-0018


POM Recoveries, Inc.
For Westchester Medical Ctr #3429527-H5
PO Box 602
Lindenhurst, NY  11757-0602

Professional Orthopaedic Associates
776 Shrewsbury Ave Ste 201
Tinton Falls, NJ  07724-4507


Prosperity Group
8691 SE Highway 69
Cameron, MO  64429-8839


Rapid Advance
7316 Wisconsin Ave Ste 350
Bethesda, MD  20814-2977


Rapid Advance
Attn: Marlowe Rogers
4500 E West Hwy 6th FL
Bethesda, MD  20814-3310


RE Transportation
c/o Heitner & Breitstein
PO Box 270
Wickatunk, NJ  07765-0270


Republic Business Credit
Attn: Melissa Baines
201 Saint Charles Ave Ste 2210
New Orleans, LA  70170-1000


Revenue Assurance Partners, LLC
For Prosperity Group #3024544
19399 Helenbirg Rd Ste 5 & 6
Covington, LA  70433-5392


Ritchie Draina
614 Pigeon Plum Way
Weston, FL  33327-2458

Ritchie Ross
9 Aspen Dr
Caldwell, NJ  07006-4555


Robert DeHaven
42 Beverly Rd
Livingston, NJ  07039-2127


Robo Associates & Robert Jacobs
4 Flicker Ln
Norwalk, CT  06853-1311


Robo Associates & Robert Jacobs
300 Wilson Ave Ste 280
Norwalk, CT  06854-4663


Royal Privilege Program - Synchrony Bank
Bankruptcy Dept
PO Box 965060
Orlando, FL  32896-5060


S.A. Moore Family, LLC
Attn: Sean A. Moore
3719 Leeland St
Houston, TX  77003-5519


Santander Bank
Attn: Bankruptcy Dept
601 Penn St
Reading, PA  19601-3544


Santander Bank
Correspondence
PO Box 12646
Reading, PA  19612-2646

Schuyler Roche & Crisham P.C.
Attys For Republic Business Credit
180 N Stetson Ave Ste 3700
Chicago, IL  60601-6701


Sergio Scuteri Esq-Capehart Scatchard
Attys For Swift Capital #2756-65136
PO Box 5016
Mount Laurel, NJ  08054-5016


Simm Associates, Inc.
For LVNV Funding/Credit One #8405674
800 Pencader Dr
Newark, DE  19702-3354


Simple Symbol/House & Home
511-4 Hunghom Commercial Centre Tower A
39 Ma Tau Wai Rd Hunghow
Kowloon Hong Kong,


Staci H. Bachman Esq - Cohn Birnbaum
Atty For Bluewater Coastal Companies LLC
100 Pearl St
Hartford, CT  06103-4506


StreetWise Asset Recovery Group Inc
For Fast Business Funding
100 Village Ct Ste 201
Hazlet, NJ  07730-1548


Swift Financial Corp dba Swift Capital
501 Carr Rd Ste 301
Wilmington, DE  19809-2800

Target National Bank
Target Credit Services
PO Box 1581
Minneapolis, MN  55440-1581


Temple Rodeph Torah Of Western Monmouth
PO Box 125
Marlboro, NJ  07746-0125


Thomas DeCain
5 Radnor Corporate Ctr Ste 470
Wayne, PA  19087-4538


Trustees Of The Lausar Settlement Trust
Equiom - Jubilee Buildings
Victoria Street, Douglas
Isle Of Man IM1 2SH,


United Recovery Systems
For JPMorgan Chase #35919936
5800 N Course Dr
Houston, TX  77072-1613


Veldos
For American Express #327099
500 N Franklin Tpke Ste 200
Ramsey, NJ  07446-1178


Verizon
Bankruptcy Department
500 Technology Dr Ste 550
Weldon Spring, MO  63304-2225


Victoria's Secret
Comenity Bank - Bankruptcy Dept
PO Box 182125
Columbus, OH  43218-2125

Wave Hill Investors, LLC
8330 W Sahara Ave Ste 210
Las Vegas, NV  89117-8949


Wells Fargo Bank Formerly Wachovia Bank
2290 Chapel Ave W
Cherry Hill, NJ  08002-2049


Wesley C. McDowell, Esq.
Attorney For Express Working Capital
4890 Alpha Rd Ste 200
Dallas, TX  75244-4639


Westchester Medical Center
100 Woods Rd
Valhalla, NY  10595-1530


William F. Saldutti III Esq.
Atty For Wells Fargo - File No. 13166
1300 Route 73 Ste 205
Mount Laurel, NJ  08054-2200


World Global Financing Inc.
141 NE 3rd Ave
Miami, FL  33132-2207


Zwicker & Associates, P.C.
Attorneys For American Express
1101 Laurel Oak Rd Ste 130
Voorhees, NJ  08043-4322